## J. P. CANNON v. STATE.

No. A-8849.   June 7, 1935.

(46 Pac. [2d] 1117.)

W. W. Pryor and Hugh M. Sandlin, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of contempt of court and a fine of $50 imposed.

The transcript of the record in this case was filed in this court on the 12th day of December, 1934. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict.

The case is therefore affirmed.